## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Steven R. Koble
        Debtor(s)

CHAPTER 13

BKY. NO. 14-10059 REF


## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of PNC Bank, National Association, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 5832


        Respectfully submitted,

        **/s/Thomas Puleo, Esquire**
        Thomas Puleo, Esquire
        Brian C. Nicholas, Esquire
        KML Law Group, P.C.
        701 Market Street, Suite 5000
        Philadelphia, PA 19106-1532
        (215) 825-6306  FAX (215) 825-6406