```
                            United States Bankruptcy Court
                            Eastern District of Pennsylvania
In re:                                                               Case No. 14-10059-ref
Steven R. Koble                                                      Chapter 13
        Debtor
                               CERTIFICATE OF NOTICE
District/off: 0313-4          User: SaraR                  Page 1 of 2                  Date Rcvd: Mar 14, 2019
                              Form ID: 138NEW              Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 16, 2019.
db             +Steven R. Koble,    4 Seminary Avenue,    Reading, PA 19605-2622
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13225065        American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
13226954       +American Express Centurion Bank,    4315 South 2700 West,    Salt Lake City, UT 84184-0001
13226955       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank of America,     PO Box 15019,    Wilmington, DE 19886-5019)
13226957       ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: CitiCards,     PO Box 183113,    Columbus, OH 43218)
13230668       +Clear One Advantage,    1501 South Clinton Street, Suite 320,    Baltimore, MD 21224-5733
13226960        Emergency Physician Association of PA,PC,    PO Box 740021,    Cincinnati, OH 45274-0021
13226964       +PNC Mortgage,    PO Box 6534,    Carol Stream, IL 60197-6534
13316911       +PNC Mortgage, a Division of PNC Bank NA,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
13226963       +Palm Beach Resort Development Group, LLC,    3015 N. Ocean Blvd, Suite 121,
                 Fort Lauderdale, FL 33308-7344
13226965       +Riverfront Federal Credit Union,    430 S. 4th Street,    Reading, PA 19602-2698
13226966       +Riverfront Federal Credit Union Visa,    PO Box 4521,    Carol Stream, IL 60197-4521
13226967       +St. Joseph Medical Center,    2500 Bernville Road,    Reading, PA 19605-9453
13297608        St. Joseph Medical Center,    PO BOX 644168,    Pittsburgh, PA  15264-4168

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 15 2019 03:31:22
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA   17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 15 2019 03:32:15      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13226956        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 15 2019 03:35:13
                 Best Buy/Capital One Retail Services,    PO Box 71106,    Charlotte, NC 28272-1106
13226958       +E-mail/Text: notices@burt-law.com Mar 15 2019 03:33:17       Derek C. Blasker, Esq.,
                 BURTON NEIL & ASSOCIATES, P.C.,    1060 Andrew Drive, Suite 170,    West Chester, PA 19380-5600
13232836        E-mail/Text: mrdiscen@discover.com Mar 15 2019 03:30:58       Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
13226959        E-mail/Text: mrdiscen@discover.com Mar 15 2019 03:30:58       Discover Card,    PO Box 6103,
                 Carol Stream, IL 60197-6103
13226961       +E-mail/Text: bncnotices@becket-lee.com Mar 15 2019 03:31:01        Kohl's,
                 N56 W17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
13226962        E-mail/PDF: gecsedi@recoverycorp.com Mar 15 2019 03:35:11       Lowes/GECRB,    PO Box 530914,
                 Atlanta, GA 30353-0914
13305842       +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 15 2019 03:35:03
                 PYOD, LLC its successors and assigns as assignee,     of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
                                                                                               TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,
                 Malvern, PA  19355-0701
cr*            +PNC Mortgage, a division of PNC Bank, NA,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
13284267*       American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13237820     ##+Tammy Koble,    3203 Oak Street,    Laureldale, PA 19605-2256
                                                                                              TOTALS: 0, * 3, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0313-4          User: SaraR                Page 2 of 2                   Date Rcvd: Mar 14, 2019
                              Form ID: 138NEW            Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2019                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 14, 2019 at the address(es) listed below:
          GILBERT B. WEISMAN    on behalf of Creditor   American Express Centurion Bank
           notices@becket-lee.com
          JOSEPH T. BAMBRICK, JR.   on behalf of Debtor Steven R. Koble NO1JTB@juno.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION
           bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
          KEVIN G. MCDONALD    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          MATTEO SAMUEL WEINER    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION
           bkgroup@kmllawgroup.com
          SCOTT   WATERMAN   ECFmail@fredreiglech13.com,  ECF_FRPA@Trustee13.com
          THOMAS I. PULEO    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 9
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Steven R. Koble

    Debtor(s)

Bankruptcy No: 14–10059–ref

Chapter: 13

___

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

        400 Washington Street
        Suite 300
        Reading, PA 19601

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

        For The Court
        Timothy B. McGrath
        Clerk of Court

Dated: 3/14/19

        48 – 46
        Form 138_new